IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No.: 7:23-CV-001587-D

| | |
|---|---|
| DESSIE MITCHESON, EVA PEPAJ, JESSICA "JESSA" HINTON, TIFFANY GRAY a/k/a TIFFANY TOTH, KIMBERLY COZZENS a/k/a KIM COZZENS, MASHA 'MALU' LUND, JESSICA ROCKWELL, LINA POSADA, JENNIFER ZHARINOVA, JESSICA BURCIAGA, CIELO JEAN 'CJ' GIBSON, CAMILA DAVALOS, MARIANA DAVALOS, TARA LEIGH PATRICK a/k/a CARMEN ELECTRA, CARRIE MINTER, CORA SKINNER, GEMMA LEE FARRELL, HILLARY HEPNER a/k/a HILLARY FISHER VINSON, JOANNA KRUPA, KRYSTAL FORSCUTT HIPWELL, LAURIE YOUNG a/k/a LAURIE ROMEO, MEGAN VOGT a/k/a MEGAN DANIELS, PAOLA CAÑAS, RACHEL KOREN a/k/a RACHEL BERNSTEIN, SARA UNDERWOOD, URSULA MAYES, VIDA GUERRA, and JENNIFER WALCOTT ARCHULETA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MISTYLOU INVESTMENTS, LLC d/b/a TOBIE'S GENTLEMAN'S CLUB and BRIAN DONALD WOLFE, | ) ) ) ) |
| Defendants. | ) ) ) |

**MOTION TO SEAL**

NOW COMES undersigned counsel for Plaintiffs and moves the Court to seal the Complaint [DE 1] because it was filed with protected work product included as a result of inadvertent error. Plaintiffs further request that the Court permit them to file an Amended Complaint which they may as of right pursuant to FRCP 15 and, because the exhibits are

voluminous, that the Court permit the Clerk to link the original Complaint's exhibits [DE 1-1 through DE 1-31] to the Amended Complaint without the need to re-file the exhibits.

This the 8th day of November, 2023.

| | |
|---|---|
| /s/ Joseph N. Casas | /s/ Matthew R. Gambale |
| JOSEPH N. CASAS, ESQ. | MATTHEW R. GAMBALE |
| CA Bar No. 225800 | N.C. Bar No. 43359 |
| THE CASAS LAW FIRM, P.C. | OSBORN GAMBALE BECKLEY & BUDD PLLC |
| 402 West Broadway St., Suite 400 | 1100 Wake Forest Road, Suite 205 |
| San Diego, CA 92101 | Raleigh, North Carolina 27604 |
| joseph@casaslawfirm.com | matt@counselcarolina.com |
| T: 855.267.4457 | T: 919.373.6422 |
| F: 855.220.9626 | F: 919.578.3733 |
| *Attorneys for Plaintiff* | *Local Civil Rule 83.1(d) Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system, which system will automatically generate and send a Notice of Electronic Filings to the undersigned filing user and registered users of record in the matter, as follows:

This the 8th day of November, 2023.

| /s/ Joseph N. Casas | /s/ Matthew R. Gambale |
|---|---|
| JOSEPH N. CASAS, ESQ. | MATTHEW R. GAMBALE |
| CA Bar No. 225800 | N.C. Bar No. 43359 |
| THE CASAS LAW FIRM, P.C. | OSBORN GAMBALE BECKLEY & BUDD PLLC |
| 402 West Broadway St., Suite 400 | 1100 Wake Forest Road, Suite 205 |
| San Diego, CA 92101 | Raleigh, North Carolina 27604 |
| joseph@casaslawfirm.com | matt@counselcarolina.com |
| T: 855.267.4457 | T: 919.373.6422 |
| F: 855.220.9626 | F: 919.578.3733 |
| *Attorneys for Plaintiff* | *Local Civil Rule 83.1(d) Attorneys for Plaintiff* |